# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 11-021 |
| GREGORY J. HERNANDEZ | SECTION "K"(5) |

## ORDER AND REASONS

Before the Court is a Motion for Temporary Restraining Order (Rec. Doc. 48) filed on July 14, 2014 by Gregory J. Hernandez. For the following reasons, the Court finds that this motion is moot and should be dismissed.

On November 2, 2011, Gregory Hernandez was sentenced based on his guilty plea to Conspiracy to Commit Bank Fraud (Count 1) and Theft of Mail (Counts 2 through 5). He was sentenced to 65 months in the custody of the Bureau of Prisons as to Count 1 and 60 months as to Counts 2 through 5, with all Counts to run concurrently. He was also ordered to pay restitution in the amount of $46,430.08, to be paid at a rate of $100.00 per month. Upon release from imprisonment, Hernandez was ordered to be placed on a supervised release term of five years as to Count 1 and three years as to Counts 2 through 5, with all Counts to run concurrently. As special conditions of supervision, Hernandez was ordered to provide financial disclosure, to comply with financial restrictions, to participate in an orientation and life skill program, to pay any restitution imposed in the judgment, to participate in gambling addition program, was forbidden to enter any gambling establishment and was ordered to maintain full-time employment.

The gravamen of the instant motion concerns the fact that Hernandez is scheduled to be released form the Volunteers of America Residential Re-entry Center to commence his

supervised release term on September 2, 2014.  Because on July 14, 2014, he had not provided his case manager with a viable residence plan, the case manager had recommended that the conditions of supervised release for Mr. Hernandez be modified to add a special condition of supervision to reside in the halfway house until a viable residence plan was established.  He sought an order from the Court prohibiting such a course of action.

On August 25, 2014, Hernandez submitted a viable residence plan that has been approved by his case manager.  As such, the Probation Office has informed the Court that Hernandez will be released as scheduled from the Volunteers of America Residential Re-entry Center on September 2, 2014.  Thus, pretermitting the merits of this motion, any court intervention in this matter is rendered unnecessary.  Accordingly,

**IT IS ORDERED** that the Motion for Temporary Restraining Order (Rec. Doc. 48) is **DISMISSED AS MOOT.**

New Orleans, Louisiana, this 27th  day of August, 2014.

             STANWOOD R. DUVAL, JR.
      **UNITED STATES DISTRICT COURT JUDGE**